NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7133

JOSEPHINE LAZERANO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
In 08-3886, Judge Lawrence B. Hagel.

ON MOTION

O R D E R

The Secretary of Veterans Affairs moves without opposition to stay the briefing schedule in this appeal pending the court's disposition of Henderson v. Shinseki, 2009-7006.

The Secretary asserts that this case and Henderson involve the issue whether the 120-day appeal period set forth in 38 U.S.C. § 7266(a) is subject to equitable tolling.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Secretary is directed to inform the court within 14 days of the issuance of the mandate in Henderson concerning how he believes the above-captioned appeal should proceed. Josephine Lazerano may also respond within that time.

FOR THE COURT

DEC 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Josephine Lazerano
     Kenneth S. Kessler, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 8 2009

JAN HORBALY
CLERK

2009-7133                    2